**Electronically Filed
Supreme Court
SCOT-11-0000628
27-AUG-2013
02:27 PM**

SCOT-11-0000628

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ERNEST ALATAN and TONI ALATAN, Petitioners,

vs.

MARY KANEAKUA, Respondent.

---

ORIGINAL PROCEEDING

ORDER DISMISSING WITHOUT PREJUDICE "MOTION FOR NEW TRIAL"
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the document entitled "Motion for New Trial," which was filed by Mary Kaneakua on August 15, 2013, and the record, it appears that this court does not have jurisdiction to provide the relief requested in the motion. Therefore,

IT IS HEREBY ORDERED that the motion is dismissed without prejudice.

DATED: Honolulu, Hawai'i, August 27, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

